IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JONES,            )<br>                                                 )<br>        Petitioner,                        )<br>                                                 )<br>   vs.                                          )<br>                                                 )<br>DARREL G ADAMS, Warden,     )<br>                                                 )<br>        Respondent.                      )<br>_____ ) | No C 06-4162 VRW (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY |

      Petitioner has filed a notice of appeal and request for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b).

      A certificate of appealability is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right."  28 USC § 2253(c)(2).  Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v McDaniel, 529 US 473, 484 (2000).

      The clerk shall forward to the court of appeals the case file with this order. See United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997).

      SO ORDERED.

                                       VAUGHN R WALKER<br>                                       United States District Chief Judge

G:\PRO-SE\VRW\HC.06\Jones, Mark1.coa.wpd